IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLORENCE ELIZABETH MASON, : | |
| flesh and blood woman, individual, : | |
| : | |
| Petitioner, : | CIVIL ACTION NO. 14-5640 |
| : | |
| v. : | |
| : | |
| COMMONWEALTH OF : | |
| PENNSYLVANIA, et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 28th day of September, 2015, after considering the motion to "correct the records due to clerical mistake of the office of the clerks' pursuant to Fed. R. Civ. P. 12(b)(1) to properly add additional defendants whom are necessary parties to look into the unlawful restraints and unlawful restrictions upon plaintiffs[sic]/petitioner's liberties" filed by the petitioner on October 19, 2014 (Doc. No. 3); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion (Doc. No. 3) is **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.